**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RAY JAMES,

    Plaintiff,

vs.                                    Case No.  3:06-mc-58-J-32MCR

JACKSONVILLE BULK MAIL CENTER,

    Defendants.
_____/

## **REPORT AND RECOMMENDATION**[1]

**THIS CAUSE** is before the Court on Plaintiff's Motion to Compel Return of Documents (Doc. 1) filed October 5, 2006.  Plaintiff has not filed a complaint and accordingly, the motion to compel is improper.

Accordingly, after due consideration, it is

**ORDERED**:

1.      Motion to Compel Return of Documents (Doc. 1) is **DENIED** without prejudice to Plaintiff filing a complaint.

2.      The Clerk shall close the file.

---

[1] Any party may file and serve objections hereto within TEN (10) DAYS after service of this opinion. Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed.R.Civ.P. 72, 6(a) and (e); Local Rule 4.20, United States District Court for the Middle District of Florida.

**DONE AND ENTERED** in Chambers in Jacksonville, Florida this <u>  11th  </u> day of October, 2006.

<u>     Monte C. Richardson     </u>
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Hon. Timothy J. Corrigan,
United States District Judge

*Pro Se* Plaintiff.