**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RAY JAMES,

        Plaintiff,

vs.                                                      Case No. 3:06-mc-58-J-32MCR

JACKSONVILLE BULK MAIL CENTER,

        Defendant.

## **ORDER**

This case is before the Court on Plaintiff's Motion to Compel Return of Documents (Doc. 1). Upon review of this filing, the assigned United States Magistrate Judge issued a Report and Recommendation recommending that the Motion to Compel be denied without prejudice to plaintiff filing a complaint and that the file be closed (Doc. 3). No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 3), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 3) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Compel Return of Documents (Doc. 1) is **DENIED**

without prejudice to plaintiff filing a complaint stating the legal basis for his claim.  The Clerk shall send the Step-by-Step Guide to plaintiff for his use if he decides to file a new case.

3. The Clerk is directed to close the file

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of November, 2006.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

and with enclosure to:
pro se plaintiff